UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONACIANO ROJAS BAUTISTA, et al.,

      Plaintiffs,                                  Lead Case No. 1:04-cv-483

v.                                                     Hon. Richard Alan Enslen

TWIN LAKES FARMS, INC., et al.,

      Defendants.
_____/

MARTHA GALAVIZ-ZAMORA, et al.,

      Plaintiffs,                                  Member Case No. 1:04-cv-483

v.                                                       Hon. Richard Alan Enslen

BRADY FARMS, INC., et al.,

      Defendants.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 20, 2006, is approved and adopted as the opinion of the court for the reasons stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                           /s/Richard Alan Enslen
January 31, 2007                                     Richard Alan Enslen
                                                           Senior United States District Judge