UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONACIANO ROJAS BAUTISTA, et al.,

    Plaintiffs,                        Hon. Richard Alan Enslen

v.                                      Lead Case No. 1:04-cv-00483

TWIN LAKES FARMS, INC., et al.,

    Defendants.
_____/

MARTHA GALAVIZ-ZAMORA , et al.,

    Plaintiffs,                        Hon. Richard Alan Enslen

v.                                      Member Case No. 1:04-cv-00661

BRADY FARMS, INC., et al.,

    Defendants.
_____/

**ORDER**

The Report and Recommendation entered January 26, 2007 (Dkt. 86) was entered in error and is hereby stricken from the record and shall be removed from the Court's electronic filing system. An amended Report and Recommendation will follow.

**IT IS SO ORDERED**.

Date: January 31, 2007                          /s/ Ellen S. Carmody
                                                        ELLEN S. CARMODY
                                                        United States Magistrate Judge